OPINION — AG — ** FELON — PARDON — GOVERNOR — FIREARMS ** (1) A CONVICTED FELON WHO HAS BEEN PARDONED MAY 'NOT' CARRY FIREARMS WHICH FALL WITHIN THE LANGUAGE OF 21 O.S. 1283 [21-1283] (2) 21 O.S. 1283 [21-1283], DOES 'NOT' CREATE AN EXEMPTION FOR CONVICTED FELONS REQUIRED TO CARRY FIREARMS AS A CONDITION OF THEIR EMPLOYMENT. (3) 21 O.S. 1283 [21-1283] [21-1283], PROVIDES THE TYPES OF FIREARMS WHICH MAY `NOT' BE CARRIED BY CONVICTED FELONS. WHETHER A PARTICULAR FIREARMS MAY BE CARRIED IS A QUESTION OF FACT AND NOT LAW. (WEAPONS, GOVERNOR, PARDON, CONVICTED FELONS) CITE: 21 O.S. 1283 [21-1283], 74 O.S. 18 [74-18](B) (MICHAEL AVANT-PYBAS) SEE: OPINION NO. 88-080 (1988) ** SEE: OPINION NO. 89-532 (1989) **